Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−18596−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Burech Weinstock
aka Boruch Weinstock
2192 Braden Court
Toms River, NJ 08755

Social Security No.:
xxx−xx−1262

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date: 10/14/26
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 16, 2026
JAN: mmf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-18596-EJO

Burech Weinstock Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Sep 16, 2026 Form ID: 132 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Burech Weinstock, 2192 Braden Court, Toms River, NJ 08755-1449 |
| cr | + | Joel Friedman, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619-2319 |
| cr | + | Shimon Elbaum, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619-2319 |
| 521310526 | | Barclays Bank/Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521310527 | + | Broad Zone Management, c/o Abraham Beinhorn, Esq., 381 Sunrise Highway, Suite 302, Lynbrook, NY 11563-3003 |
| 521310534 | + | Hershy Landau, 1327 60th Street, Brookyln, NY 11219-5074 |
| 521310536 | + | LDVLAW, Five Greentree Centre, 525 Route 73 N., Suite 400 POB 987, Marlton, NJ 08053-0987 |
| 521310537 | + | Martin Mittelman, 10 South New Prospect Road, 121, Jackson, NJ 08527-1645 |
| 521310538 | + | Menachem Meisner, 259 Sickletown Road, West Nyack, NY 10994-2905 |
| 521310539 | | National Grid, PO Box 15095, Wilmington, DE 19850-5095 |
| 521310543 | + | Portnoy Schneck, Attn: Joel Schneck, Esq., 3705 Quackerbridge Road, Suite 116, Trenton, NJ 08619-1288 |
| 521310544 | + | Reserve Funding Group LLC, c/o Secretary of State of NY, One Commerce Plaza 99 Washington Avenue, Albany, NY 12231-0001 |
| 521310545 | + | Rose Weinstock, 2192 Braden Court, Toms River, NJ 08755-1449 |
| 521310546 | + | Shia Boruch Baron, c/o Joseph Obermeister, Esq., 555 Willow Avenue, Cedarhurst, NY 11516-2212 |
| 521310547 | + | Shimon Elbaum, c/o Stark & Stark PC, POB 5315, Princeton, NJ 08543-5315 |
| 521317552 | + | Shimon M. Elbaum and Joel Friedman, 100 American Metro Boulevard, Hamilton, NJ 08619-2319 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2026 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2026 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521310530 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 16 2026 21:00:00 | Citizens Bank, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 521310531 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 16 2026 21:00:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 521317555 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 16 2026 21:00:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 521310529 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2026 21:09:14 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521310528 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2026 21:09:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521310532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2026 21:08:37 | Credit One Bank/Portfolio Recovery Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521310533 | | Email/Text: mrdiscen@discover.com | Sep 16 2026 21:00:00 | Discover Card, PO Box 30939, Salt Lake City, UT |

| | | | |
|---|---|---|---|
| | | | 84130-0939 |
| 521310535 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2026 21:01:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 521351384 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 16 2026 21:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 521310540 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2026 21:08:40 | Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521310542 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2026 21:08:40 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521341757 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2026 21:09:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 521310541 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2026 21:09:18 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521310548 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 16 2026 21:00:00 | State of New Jersey, Division of Taxation, 3 John Fitch Way, Trenton, NJ 08611 |
| 521310549 | Email/Text: bankruptcydepartment@tsico.com | Sep 16 2026 21:01:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 521310551 | Email/Text: bankruptcydepartment@tsico.com | Sep 16 2026 21:01:00 | Transworld System Inc/, PO Box 15095, Wilmington, DE 19850-5095 |
| 521310552 | ^ MEBN | Sep 16 2026 21:31:27 | United Wholesale Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521365582 | * | Barclays Bank/Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521365583 | *+ | Broad Zone Management, c/o Abraham Beinhorn, Esq., 381 Sunrise Highway, Suite 302, Lynbrook, NY 11563-3003 |
| 521365586 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 521365587 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 521365585 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521365584 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521365588 | * | Credit One Bank/Portfolio Recovery Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521365589 | * | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 521365590 | *+ | Hershy Landau, 1327 60th Street, Brookyln, NY 11219-5074 |
| 521365591 | * | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 521365592 | *+ | LDVLAW, Five Greentree Centre, 525 Route 73 N., Suite 400 POB 987, Marlton, NJ 08053-0987 |
| 521365593 | *+ | Martin Mittelman, 10 South New Prospect Road, 121, Jackson, NJ 08527-1645 |
| 521365594 | *+ | Menachem Meisner, 259 Sickletown Road, West Nyack, NY 10994-2905 |
| 521365595 | * | National Grid, PO Box 15095, Wilmington, DE 19850-5095 |
| 521365596 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521365598 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521365597 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521365599 | *+ | Portnoy Schneck, Attn: Joel Schneck, Esq., 3705 Quackerbridge Road, Suite 116, Trenton, NJ 08619-1288 |
| 521365600 | *+ | Reserve Funding Group LLC, c/o Secretary of State of NY, One Commerce Plaza 99 Washington Avenue, Albany, NY 12231-0001 |
| 521365601 | *+ | Rose Weinstock, 2192 Braden Court, Toms River, NJ 08755-1449 |
| 521365604 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, 3 John Fitch Way, Trenton, NJ 08611 |
| 521365602 | *+ | Shia Boruch Baron, c/o Joseph Obermeister, Esq., 555 Willow Avenue, Cedarhurst, NY 11516-2212 |
| 521365603 | *+ | Shimon Elbaum, c/o Stark & Stark PC, POB 5315, Princeton, NJ 08543-5315 |
| 521365605 | * | Transworld System Inc, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |

| | | |
|---|---|---|
| 521310550 | *+ | Transworld System Inc., Attn: Bankruptcy, POB 15618, Wilmington, DE 19850-5618 |
| 521365606 | *+ | Transworld System Inc., Attn: Bankruptcy, POB 15618, Wilmington, DE 19850-5618 |
| 521365607 | * | Transworld System Inc/, PO Box 15095, Wilmington, DE 19850-5095 |
| 521365608 | * | United Wholesale Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Barry Scott Miller | on behalf of Debtor Burech Weinstock bmiller@barrysmilleresq.com miller.barryb119091@notify.bestcase.com |
| Marshall T. Kizner | on behalf of Creditor Shimon Elbaum mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Joel Friedman mkizner@stark-stark.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6