**UNITED STATES ATTORNEY'S OFFICE**
ROBERT FRAZER
United States Attorney
NICHOLAS M. ENGEL
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel: (856) 757-9066

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*<br><br>BURECH WEINSTOCK,<br><br>Debtor. | Chapter 13<br><br>Case No. 26-18596-EJO<br>Judge Eamonn J. O'Hagan<br><br>**Hearing Date: Oct. 14, 2026**<br>**Hearing Time: 10:00 a.m.** |

**OBJECTION OF INTERNAL REVENUE SERVICE TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

THE UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service (the "Service"), submits the following objection to confirmation of the above-captioned debtor's Chapter 13 Plan (the "Plan") [ECF Doc No. 14]. In support thereof, the Service respectfully represents as follows:

**RELEVANT BACKGROUND**

1. Burech Weinstock (the "Debtor") filed a voluntary petition under chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") on July 30, 2026 (the "Petition Date") [ECF Doc. No. 1].

2. The Debtor has unpaid federal tax liabilities for numerous tax years. *See* Claim No. 3. The Debtor has also failed to file Form 1040 federal income tax returns for tax years 2024 and 2025. *Id.*

3. The Service filed a proof of claim against the Debtor setting forth a total claim of $301,307.63 (the "Service Claim"), comprised of: (i) an unsecured priority claim pursuant to 11 U.S.C. § 507(a)(8) in the amount of $15,787.73 (the "Priority Claim")[1]; and (ii) a general unsecured claim of $285,519.90. *Id.*

4. For the reason described below, the Plan is not presently confirmable.

## OBJECTION

### A. The Plan is Generally Unconfirmable Based on Debtor's Failure to File Tax Returns

5. As noted above and in the Service Claim, the Debtor has failed to file Form 1040 federal income tax returns for tax years 2024 and 2025. Pursuant to Bankruptcy Code section 1308(a), the Debtor is required to file all tax returns for periods ending within four years of the Petition Date. 11 U.S.C. § 1308(a). Non-compliance with section 1308 renders a chapter 13 plan unconfirmable under Bankruptcy Code section 1325(a)(9). 11 U.S.C. § 1325(a)(9). Moreover, a debtor's failure to file returns due outside the time period covered by section 1308 also renders a chapter 13 plan unconfirmable under Bankruptcy Code section 1325(a)(3). That section requires that a plan be "proposed in good faith and not by means forbidden by law." 11 U.S.C. § 1325(a)(3). A debtor's failure to file all returns

[1] This amount is currently estimated because, as noted above, the Debtor has failed to file all tax returns for the periods entitled to priority under 11 U.S.C. § 507(a)(8).

necessary for the Service to calculate its claim precludes him from meeting this requirement. *In re Weik*, 526 B.R. 829, 835 (Bankr. D. Mont. 2015) ("Debtor's attempt to repay some obligations by means of a chapter 13 plan without having filed all required tax returns is contrary to § 1325(a)(3)'s requirement that the plan be proposed 'not by any means prohibited by law.'").

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Service requests that the Court (i) deny confirmation of the Plan; and (ii) grant any other and further relief that the Court deems just and proper.

Dated: October 7, 2026

ROBERT FRAZER
United States Attorney

*/s/ Nicholas M. Engel*
BY: NICHOLAS M. ENGEL
Assistant U.S. Attorney

*Attorneys for the*
*United States of America*