UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**UNITED STATES ATTORNEY'S OFFICE**
ROBERT FRAZER
United States Attorney
NICHOLAS M. ENGEL
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel: (856) 968-4930

*Attorneys for the United States of America*

| | |
|---|---|
| *In re*<br><br>BURECH WEINSTOCK,<br><br>Debtor. | Chapter 13<br><br>Case No. 26-18596-EJO<br><br>Judge: Hon. Eamonn J. O'Hagan<br><br>**Hearing Date: October 14, 2026**<br>**Hearing Time: 10:00 a.m.** |

**CERTIFICATE OF SERVICE**

1. I, Nicholas M. Engel, am the Assistant U.S. Attorney for the United States Attorney for the District of New Jersey, who represents the United States of America in this matter.

2. On October 7, 2026, I caused a copy of the following pleading to be served on the parties listed on the chart below:

**Objection of Internal Revenue Service to Confirmation of Debtor's Chapter 13 Plan [Docket No. 19].**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/08/2026

/s/ *Nicholas M. Engel*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barry Scott Miller, Esq..<br>1211 Liberty Avenue<br>Hillside, New Jersey 07205<br><br>bmiller@barrysmilleresq.com<br>miller.barryb119091@notify.bestcase.com | Debtor's Counsel | ☐Hand-delivered<br>☐ Regular mail<br>☐Certified mail/RR<br>☐ E-mail<br>**X Notice of Electronic Filing (NEF)**<br>☐Other ____________________<br>(as authorized by the court *) |
| Albert Russo<br>OFFICE OF THE CHAPTER 13 STANDING TRUSTEE<br>CN 4853<br>Trenton, NJ 08650-4853<br><br>docs@russotrustee.com | Trustee | ☐Hand-delivered<br>☐ Regular mail<br>☐Certified mail/RR<br>☐ E-mail<br>**X Notice of Electronic Filing (NEF)**<br>☐Other ____________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.